GRIFFIN, J.
 

 James Lee Bullard [“Bullard”] appeals the trial court’s denial of his petition for writ of habeas corpus. We affirm.
 

 In 2008, the State charged Bullard with driving while license revoked as a habitual traffic offender in violation of section 322.34(5), Florida Statutes (2008). Bullard pled nolo contendere to the charge, and he was accordingly adjudicated and sentenced. Thereafter, Bullard filed a petition for writ of habeas corpus with the trial court, alleging he is being illegally detained because the State was allowed to use his pre-1997 convictions to enhance his conviction for driving with a suspended license to a felony in case number 2008-CF-13769, contrary to the Florida Supreme Court’s ruling in
 
 Thompson v. State,
 
 887 So.2d 1260 (Fla.2004).
 

 As correctly found by the trial court, habeas corpus is not a proper vehicle to raise this issue, nor is there any merit to his claim.
 

 AFFIRMED.
 

 PALMER and JACOBUS, JJ., concur.